UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

RONALD JACKSON,

    Petitioner,

v

CINDI S. CURTIN,

    Respondent.

_____/

Case No. 1:08-cv-634

HON. JANET T. NEFF

## **FINAL ORDER**

In accordance with the Opinion entered this date:

**IT IS HEREBY ORDERED** that the Objections (Dkt 26) are DENIED and the Report and Recommendation of the Magistrate Judge (Dkt 25) is APPROVED and ADOPTED as the Opinion of the Court.

**IT IS FURTHER ORDERED** that the amended petition for habeas corpus relief (Dkt 6) is DENIED for the reasons stated in the Report and Recommendation.

**IT IS FURTHER ORDERED** that a certificate of appealability pursuant to 28 U.S.C. § 2253(c) is DENIED as to each issue asserted.


Date: March 2, 2011                                    /s/ Janet T. Neff
                                                                            JANET T. NEFF
                                                                            United States District Judge